CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fix the Court                          )
                                       )
                                       )
                                       )
                    Plaintiff          )       Civil Action No.___18-cv-_____
         vs                            )
                                       )
U.S. Department of Justice             )
                                       )
                                       )
                    Defendant          )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Fix the Court_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Fix the Court_____ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

999851
_____
BAR IDENTIFICATION NO.

Elizabeth France
_____
Print Name

1030 15th Street NW, B255
_____
Address

Washington, DC 20005
_____
City          State          Zip Code

202.869.5244
_____
Phone Number