AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Fix the Court ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-2091 |
| U.S. Department of Justice ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fix the Court                                                                                                         .

Date:     9/6/2018

*[signature]*
*Attorney's signature*

Elizabeth France 999851
*Printed name and bar number*

American Oversight
1030 15th Street NW, B-255
Washington, DC 20005

*Address*

beth.france@americanoversight.com
*E-mail address*

202.897.2465
*Telephone number*

202.871.6523
*FAX number*