## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| FIX THE COURT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-2091 |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF GABE ROTH

I, GABE ROTH, hereby declare as follows:

1.      I am the Executive Director of Fix the Court, a national, non-partisan grassroots

organization created to promote accountability, transparency, and reform at the United States

Supreme Court.

### *Fix the Court's Mission and Contributions*

2.      Fix the Court focuses solely on examining activities of the federal judiciary—

especially the Supreme Court—including educating the public regarding the Supreme Court's

justices and activities, and proposing reforms to improve transparency and public confidence.

3.      Fix the Court undertakes a range of activities to support its mission. These include

obtaining and publicizing financial disclosure forms filed by Supreme Court justices; requesting

prompt release of audio recordings of oral arguments; providing commentary and analysis on the

justices' financial disclosures and recusals; and identifying opportunities for public action and

engagement.

4.      Through its work, Fix the Court has made numerous concrete contributions to making the federal judiciary more accessible, open, and accountable. These include requesting and being granted live online audio for the D.C. Circuit's hearing in *Garza v. Hargan*; working with senators on a bipartisan basis to seek same-day audio for all October Term Supreme Court proceedings in 2018; securing digital access for the public to judges' and justices' financial disclosure reports; and increasing public awareness of conflicts issues involving stock ownership by federal judges and the potential for divestitures to reduce the need for recusals.

5.      With regard to nominations to the Supreme Court, though Fix the Court has never taken a position on whether a nominee should be confirmed by the Senate and never will, it does focus on helping the public and the Senate assess judges' records and fitness to be justices of the Supreme Court and their commitment to the values and reforms Fix the Court advocates.

6.      Specifically, Fix the Court researches likely nominees and identifies sources of relevant records regarding their credentials and jurisprudence; submits public information requests to obtain these records; summarizes, analyzes, and distributes records it receives; and educates the public about the nominee and the confirmation process, including how to contact senators to request that they probe certain topics in the confirmation process or ultimately support or oppose a nominee.

7.      Contributing to the public discourse and promoting public engagement are key components of Fix the Court's mission. Fix the Court collaborates with individuals and organizations nationwide—and across the political spectrum—to raise awareness of these issues and advocate for reforms. For example, Fix the Court has partnered with the Federalist Society and the American Constitution Society to co-host events at a dozen law schools.

8.      In my role as Executive Director, I make frequent media appearances to discuss Fix the Court's work, to inform the public discourse regarding the Supreme Court's activities, and to advocate for reforms, such as increasing media and public access to the Court's proceedings, strengthening protections against conflicts of interest, and making financial disclosures more robust and readily available for public review.

9.      Fix the Court's ability to obtain public records on a prompt basis is crucial to its goals of promoting accountability, transparency, and reform at the Supreme Court and assessing nominees' fitness to join the Court. Prompt responses to public records requests and timely production of relevant documents are crucial to its ability to inform and enhance the public debate surrounding these issues, and to raise awareness of the reforms Fix the Court advocates.

### *Fix the Court's FOIA Request to DOJ*

10.     In light of President Trump's nomination of Judge Brett M. Kavanaugh to the Supreme Court, Fix the Court submitted a Freedom of Information Act ("FOIA") request to the U.S. Department of Justice's ("DOJ") Office of Legal Policy ("OLP") on July 24, 2018, seeking records related to Judge Kavanaugh's past public service with the White House, where he served in associate counsel and assistant to the staff secretary roles from 2001 to 2006, including serving on the Judicial Selection Committee along with OLP staff. A true and correct copy of an email chain between myself and Kim Kochurka, a Government Information Specialist at DOJ's Office of Information Policy ("OIP"), containing the July 24, 2018 FOIA request and subsequent correspondence, is attached hereto as Exhibit A.

11.     Fix the Court considers this information vital to its mission to contribute information and analysis to the public discourse and confirmation hearings concerning Judge Kavanaugh's nomination to the Supreme Court.

12.     Fix the Court sought information from DOJ concerning Judge Kavanaugh soon after his nomination so that Fix the Court would have relevant data available to share with the public in advance of Judge Kavanaugh's confirmation hearings.

13.     Specifically, Fix the Court requested "all correspondence sent by Office of Legal Policy personnel to Brett M. Kavanaugh and all correspondence sent by Brett M. Kavanaugh to Office of Legal Policy personnel from January 20, 2001, to May 30, 2006," noting that Judge Kavanaugh had served in the White House during this timeframe. Ex. A at 2.

14.     For clarity, Fix the Court noted in its request that responsive records should include "all memos and all e-mail, print or other correspondence and attachments including instances where [Judge Kavanaugh] was merely carbon copied (CC'd)." *Id.*

15.     In its request, Fix the Court requested expedition because the "American public has a substantial and urgent need to have access to public records concerning Mr. Kavanaugh's public service record to inform its understanding of the impending confirmation hearings." *Id.*

16.     In email correspondence on August 1, 2018, Ms. Kochurka advised Fix the Court that the request was "already in the queue, received on July 24th and assigned to an analyst for processing . . . ." *Id.* at 1.

17.     On August 3, 2018, Vanessa R. Brinkmann, Senior Counsel at OIP, sent an acknowledgment letter to Fix the Court stating that she had "determined that [Fix the Court's] request for expedited processing should be granted." A true and correct copy of Ms. Brinkmann's letter granting Fix the Court's request for expedited processing, is attached hereto as Exhibit B.

18.     On August 22, 2018, I asked DOJ for a status update on the FOIA request via telephone. DOJ responded that expedition had been granted and that DOJ was working on the request, but that there was no other update.

19.     On September 4, 2018, I spoke with Douglas Hibbard, Initial Request Staff Chief at OIP, via telephone and asked for an update on the status of the FOIA request. Mr. Hibbard stated that, because the request had been placed in the expedited queue and had been deemed a "narrow" request, there was no way to further expedite the release of documents. He further stated that it might be possible for DOJ to produce documents on a rolling basis, but he gave no indication of what would actually occur.

20.     As of the date of this Declaration, Fix the Court has received no further information from DOJ concerning the scope of records to be produced in response to its request, nor has Fix the Court received a single document in response to its request.

### *Judge Kavanaugh's Confirmation Hearings*

21.     On September 4, 2018, Senate confirmation hearings began regarding the nomination of Judge Kavanaugh to the U.S. Supreme Court.

22.     In light of the beginning of the Senate's confirmation hearings, Fix the Court's need for a determination on its FOIA request to DOJ is all the more urgent. Fix the Court considers it essential that as much information as possible is available for public consumption prior to the conclusion of Judge Kavanaugh's confirmation hearings, in the interest of a fully informed confirmation process.

23.     As Senate Republicans have indicated they will act quickly to confirm Judge Kavanaugh, Fix the Court believes that time is of the essence with respect to the records it has requested from DOJ.

24.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated:  September 6, 2018        _____

                                Gabe Roth

6