# Exhibit B



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

August 3, 2018

Mr. Gabe Roth
Fix the Court
1440 G Street NW.
Suite 801
Washington, DC  20005                       Re:     DOJ-2018-007104 (OLP)
gabe@fixthecourt.com                                VRB:VAV:SJD

Dear Mr. Roth:

    This is to acknowledge your Freedom of Information Act (FOIA) request dated and received in this Office on July 24, 2018, in which you requested correspondence between the Office of Legal Policy and Brett Kavanaugh from Janaury 20, 2001 to May 30, 2006.  This response is made on behalf of the Office of Legal Policy.

    You have requested expedited processing of your request.  I have determined that your request for expedited processing should be granted.  Accordingly, your request has been assigned to an analyst in this Office and our processing of it has been initiated.

    The records you seek require a search in and/or consultation with another Office, and so your request falls within "unusual circumstances."  See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2012 & Supp. V. 2017).  Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute.  We have not yet completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any material located.  For your information, this Office assigns incoming requests to one of three tracks:  simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in about a month, whereas complex requests necessarily take longer.  At this time, your request has been assigned to the complex track.  In an effort to speed up our records search, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

    We have not yet made a decision on your request for a fee waiver.  We will do so after we determine whether fees will be assessed for this request.

    If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the analyst handling your request, Sam

-2-

Dykstra, by telephone at the above number or you may write to him at the above address.  You may contact our FOIA Public Liaison, Douglas Hibbard, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001; telephone at 202-514-3642; or facsimile at 202-514-1009.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*[signature]*

Vanessa R. Brinkmann
Senior Counsel