# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-cv-2091-TJK |
| U.S. DEPARTMENT OF JUSTICE | ) |
| *Defendant*. | ) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Fix the Court, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant U.S. Department of Justice in the above-captioned matter.

Plaintiff asks that the Court note that the Proof of Service attached to the Motion for Preliminary Injunction filed on September 6, 2018, was filed in error. Plaintiff advised Defendant of this error and of the impending service of the Complaint and Motion for Preliminary Injunction by electronic mail on September 7, 2018.

Dated: September 10, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth France*
　　　　　　　　　　　　　　　　　　　　Elizabeth France
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 999851
　　　　　　　　　　　　　　　　　　　　AMERICAN OVERSIGHT
　　　　　　　　　　　　　　　　　　　　1030 15th Street NW, B255
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 869-5244
　　　　　　　　　　　　　　　　　　　　beth.france@americanoversight.org

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Fix the Court*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-cv-2091-TJK |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## DECLARATION OF SERVICE

I, HART W. WOOD, hereby declare as follows:

1. I am employed as Staff Attorney at American Oversight.

2. On September 6, 2018, Fix the Court initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On September 7, 2018, the Court issued signed summonses for service, and on September 10, 2018, I served the summonses and copies of the complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the U.S. Department of Justice. Service was effected by hand delivery on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the U.S. Department of Justice.

3. On September 10, 2018, I served the U.S. Attorney for the District of Columbia by hand delivery made to paralegal Joseph Finnigan at the Civil Division of the U.S. Attorney's Office on the fourth floor of 501 Third Street NW, Washington, DC, 20001.

4. On September 10, 2018, I served the U.S. Attorney General and the U.S. Department of Justice by hand delivery made to Contract Director Gerard Bishop, who

represented to me that he was authorized to accept service on behalf of the Department, at the U.S. Department of Justice at 950 Pennsylvania Avenue NW, Washington, DC, 20530.

     5.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2018

                                                                           Hart W. Wood