IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18cv2091-TJK |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Elizabeth J. Shapiro as counsel of record on behalf of the Defendant in the above-captioned case.

Respectfully submitted this 12th day of September 2018,

JOSEPH H. HUNT
Assistant Attorney General


*/s/ Elizabeth J. Shapiro*
ELIABETH J. SHAPIRO
D.C. Bar No. 418925
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-530 (office)
(202) 616-8470 (fax)
Elizabeth.Shapiro@usdoj.gov

*Attorneys for Defendant*