IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br><br>       Defendant. | Case No. 1:18cv2091-TJK |

**NOTICE OF APPEARANCE**

Please enter the appearance of Laura Hunt as counsel of record on behalf of the Defendant in the above-captioned case.

Respectfully submitted this 12th day of September 2018,

                                  JOSEPH H. HUNT
                                Assistant Attorney General

                                ELIZABETH J. SHAPIRO
                                Deputy Branch Director

                                */s/ Laura Hunt*
                                LAURA HUNT
                                Trial Attorney
                                Maryland Bar Member
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Avenue, N.W.
                                Washington, D.C. 20530
                                (202) 616-8207 (office)
                                (202) 616-8470 (fax)
                                laura.a.hunt@usdoj.gov

                                *Attorneys for Defendant*