IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Case No. 18-cv-2091-TJK ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| *Defendant*. | ) ) |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's minute order of September 10, 2018, Plaintiff Fix the Court and Defendant U.S. Department of Justice have conferred and hereby respectfully request that the Court enter the following schedule governing briefing with regard to Plaintiff's Motion for a Preliminary Injunction, ECF No. 4:

1. Defendant will file its brief in opposition to Plaintiff's Motion by September 17, 2018.

2. Plaintiff will file its reply in support of its Motion by September 19, 2018.

The parties respectfully request the Court to adopt this joint proposed schedule.

Dated:  September 12, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura Hunt*
LAURA HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616-8207 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendant*