**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FIX THE COURT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 18-cv-2091-TJK |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

## JOINT MOTION TO AMEND BRIEFING SCHEDULE

The parties jointly and respectfully request that the Court amend the briefing schedule to permit the parties to continue to discuss whether they can agree to a mutually agreeable processing schedule, thereby resolving Plaintiff's Motion for Preliminary Injunction. Currently, Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. 4) is due September 17, 2018 and Plaintiff's Reply in Support of its Motion is due September 19, 2018. The parties propose to extend those dates by one week so that the Opposition will be due on September 24, 2018 and the Reply will be due on September 26, 2018. A proposed order is attached.

Dated: September 14, 2018

Respectfully submitted,

/s/ Elizabeth France_____
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Laura Hunt_____
LAURA HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616-8207 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendant*