**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FIX THE COURT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Case No. 18-cv-2091-TJK |

**PROPOSED ORDER**

Upon consideration of the Joint Motion to Amend the Briefing Schedule, it is hereby:

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 4) will be due September 24, 2018.

**ORDERED** that Plaintiff's Reply in Support of its Motion will be due on September 26, 2018.

**SO ORDERED.**

Date:

_____
Hon. Timothy J. Kelly
United States District Judge