# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>*Defendant*. ) | Case No. 18-cv-2091-TJK |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's minute order of September 17, 2018, Plaintiff Fix the Court and Defendant U.S. Department of Justice have conferred and hereby respectfully submit this status report and proposed schedule.

The parties continue to meet and confer in an effort to agree to a processing schedule. If the parties are able to agree to such a schedule, a hearing on Plaintiff's Motion for a Preliminary Injunction, ECF No. 4, may not be necessary. In the event the parties are unable to reach such an agreement, they propose a hearing on that motion be held on September 28, 2018.

Dated: September 20, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff Fix the Court*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura Hunt*
LAURA HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616-8207 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendant*