IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,<br><br>        *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        *Defendant.* | )<br>)<br>)<br>)<br>)<br>) Case No. 18-2091 (TJK)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

  Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report and proposed schedule in the above-captioned matter.

  1. On September 6, 2018, Fix the Court filed a complaint alleging that DOJ had failed to make determinations or to produce records with respect to a Freedom of Information Action ("FOIA") request Fix the Court submitted on July 24, 2018.

  2. On September 6, 2018, Fix the Court filed a Motion for Preliminary Injunction (the "Motion") enjoining DOJ from impeding Fix the Court's access to the requested records.

  3. On September 13, 2018, the Court ordered Defendant to submit its opposition to the Motion on September 17, 2018 and Plaintiff to submit its reply in support of its Motion by September 19, 2018.

  4. On September 14, 2018, the parties jointly moved to extend the briefing schedule to afford them time to meet and confer in an effort to agree to a processing schedule that would avoid the need for briefing on the Motion. The Court granted this request to amend the schedule on September 15, 2018 and ordered Defendant to submit its opposition to the Motion by

September 24, 2018 and Plaintiff to submit its reply in support of its Motion by September 26, 2018.

5. The Court also ordered the parties to meet and confer and propose a date and time for a hearing on the Motion. The parties proposed a hearing be held on September 28, 2018, and the Court subsequently scheduled a hearing for September 28, 2018 at 11:00 am.

6. The parties have continued to meet and confer regarding a processing and production schedule for Plaintiff's FOIA request. DOJ has proposed the following schedule:

- DOJ will process 100 documents per week, excluding non-substantive image files (such as logos or signatures);
- DOJ will process the records OLP has identified as potentially responsive in the priority order described in an email sent by Plaintiff's counsel to Defendant's counsel on September 21, 2018 at 4:31 pm; and
- DOJ will promptly begin producing non-exempt, responsive materials, and will make further productions as appropriate, consistent with the agreed upon processing schedule until production is complete.

7. Fix the Court has accepted DOJ's proposal and is prepared to file the attached Notice of Withdrawal of Motion for Preliminary Injunction upon entry of a scheduling order. *See* Exhibit A.

8. The parties respectfully request that the Court order the schedule to which the parties have agreed and further order that the parties file a joint status report not later than November 5, 2018.

Dated: September 24, 2018	Respectfully submitted,

/s/ Elizabeth France
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Laura Hunt
LAURA HUNT
Trial Attorney
Maryland Bar Member
U.S. Department of Justice, Civil Division,
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8207 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-2091 (TJK) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## PROPOSED ORDER

Upon consideration of the parties' Joint Status Report and Proposed Schedule, it is hereby

**ORDERED** that Defendant the Department of Justice ("DOJ") will process 100 records per week (not counting non-substantive image files toward that requirement); and it is further

**ORDERED** that DOJ shall process these records in the order of priorities established in an email from Plaintiff's counsel to Defendant's counsel sent on September 21, 2018 at 4:31 pm; and it is further

**ORDERED** that DOJ shall promptly begin producing non-exempt responsive material, and shall make further productions as appropriate, consistent with the Parties' agreed upon processing schedule; and it is further

**ORDERED** that the parties shall submit a Joint Status Report not later than November 5, 2018.

**SO ORDERED**.

Date: _____          _____
                                                                                        TIMOTHY J. KELLY
                                                                                        United States District Judge