IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,<br><br>                 *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>                 *Defendant.* | )<br>)<br>)<br>)<br>)<br>)  Case No. 18-2091 (TJK)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Fix the Court hereby withdraws without prejudice its Motion for a Preliminary Injunction, filed with the Court on September 6, 2018, ECF No. 4. Plaintiff is withdrawing its Motion because Defendant the United States Department of Justice ("DOJ") has agreed to an expedited processing and production schedule for records responsive to Plaintiff Fix the Court's Freedom of Information Act request, as described in the Joint Status Report and Proposed Schedule filed with the Court on September 24, 2018, ECF No. 12 and reflected in the Court's Minute Order dated September 24, 2018.

Dated: September 24, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2018, I electronically filed a copy of the foregoing Notice of Withdrawal of Motion for Preliminary Injunction. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: September 24, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff*

2