**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FIX THE COURT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 18-2091 (TJK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report and proposed schedule in the above-captioned matter, pursuant to the Court's September 24, 2018 Minute Order.

1. On September 6, 2018, Fix the Court filed a complaint alleging that DOJ had failed to make determinations or to produce records with respect to a Freedom of Information Action ("FOIA") request Fix the Court submitted on July 24, 2018.

2. On September 6, 2018, Fix the Court filed a Motion for Preliminary Injunction (the "Motion") seeking access to the requested records.

3. The parties agreed to the following processing schedule, which was submitted to the Court by a Joint Status Report filed on September 24, 2018 (ECF 12), and which the Court ordered that same day:

- DOJ will process 100 documents per week, excluding non-substantive image files (such as logos or signatures);

- DOJ will process the records OLP has identified as potentially responsive in the priority order described in an email sent by Plaintiff's counsel to Defendant's counsel on September 21, 2018 at 4:31 pm; and

- DOJ will promptly begin producing non-exempt, responsive materials, and will make further productions as appropriate, consistent with the agreed upon processing schedule until production is complete.

4. Based on this agreement and the Court's order, Plaintiff withdrew its Motion for Preliminary Injunction on September 24, 2018.

5. Since that time, Defendant has been processing the records in accordance with this schedule and produced records on October 5, 2018 and on October 17, 2018.

6. Defendant anticipates that processing the three tiers of priority records as requested by Plaintiff's counsel on September 21, 2018 will require approximately three months to complete.

7. The parties respectfully propose that they file a joint status report not later than February 5, 2019.

Dated: November 5, 2018	Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura Hunt*
LAURA HUNT
Trial Attorney
Maryland Bar Member
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Counsel for Defendant*