# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 18-2091 (TJK) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's November 6, 2018 Minute Order.

1. Defendant has completed the initial processing of the priority records and the consultation process for these records has been initiated. Defendants will not release records until the consultations are complete and Plaintiff does not object to a reasonable time period for these consultations to occur. Responsive records were identified during the processing of the remaining prioritized documents but may be subject to withholding in part or full based on the FOIA exemptions.

2. The parties agree to meet and confer to determine the processing schedule for the remaining potentially responsive (non-priority) records by February 28, 2019.

3. The parties respectfully propose that they file a joint status report no later than March 4, 2019.

Dated:   February 5, 2019

2

Respectfully submitted,

/s/ Elizabeth France_____
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Laura Hunt_____
LAURA HUNT
Trial Attorney
Maryland Bar Member
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Counsel for Defendant*