**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FIX THE COURT,  )<br>  )<br>       *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>  )<br>       *Defendant*.  )<br>  ) | Case No. 18-2091 (TJK) |

**JOINT STATUS REPORT**

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's February 7, 2019 Minute Order.

1. The initial processing of the approximately 3,200 pages of remaining lower-priority electronic records will be completed by May 31, 2019. This does not include the time required for consultations. DOJ will send potentially responsive records to relevant stakeholders for consultation on a rolling basis.

2. The parties respectfully propose that they file a joint status report with a status update on the processing schedule for the remaining, lower-priority paper documents no later than April 5, 2019.

Dated:   March 4, 2019

Respectfully submitted,

/s/_____
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/_____
LAURA HUNT
Trial Attorney
Maryland Bar Member
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Counsel for Defendant*