# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| FIX THE COURT,<br><br>      *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>      *Defendant*. | Case No. 18-2091 (TJK) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's March 5, 2019 Minute Order.

1. The initial processing of the electronic remaining, lower priority records will be completed by May 31, 2019. This does not include the time required for consultations. DOJ will send potentially responsive records to relevant stakeholders for consultation on a rolling basis.

2. The initial processing of the potentially responsive paper documents will be completed by June 28, 2019. This does not include the time required for consultations.

Dated:   April 5, 2019

Respectfully submitted,

/s/ Elizabeth France
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
beth.france@americanoversight.org

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Laura Hunt
LAURA HUNT
Trial Attorney
Maryland Bar Member
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Counsel for Defendant*