IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 18-2091 (TJK) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) ) | |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's June 10, 2019 Minute Order.

**Plaintiff's Statement**

1. Defendant completed its initial processing of the priority records and initiated consultations regarding them before February 5, 2019. Joint Status Report ¶ 1, Feb. 5, 2019, ECF No. 15. In correspondence with Plaintiff, Defendant further indicated that it expected the consultations of the higher priority records to be completed by the end of July 2019. On July 31, 2019, counsel for Defendant indicated that the consultations were not complete and that OIP does not have a revised estimate at this time. Plaintiff understands that the consultation process DOJ is using has multiple phases and that only a subset of the higher priority records have reached the final phase of this process at this time.

2. Consultations have been pending for this set of records for six months, which is twice as long as Defendant OIP initially requested for its own primary internal review of this set of records. Joint Status Report ¶ 6, Nov. 5, 2018, ECF No. 14.

3. Plaintiff understands that initial review of the lower priority set of records was completed more than a month ago and that consultations have been initiated, but Defendant has not provided an estimate for completion of those consultations or release of non-exempt records.

4. Plaintiff therefore believes it is possible and appropriate for OIP to release all non-exempt higher priority records not later than September 16, 2019 and to release all other non-exempt electronic records not later than December 6, 2019.

**Defendant's Statement**

5. There are no higher priority documents at this time which have completed the consultation process and are ready for release or withholding in part or full. There is a sub-set of higher priority documents which must go through a separate consultation which cannot occur in parallel. The remaining higher priority documents have begun to be reviewed by the final set of offices prior to release or withholding.

6. The initial processing of the lower priority records is complete and the consultation process has been initiated.

7. Given the many offices which DOJ must consult prior to the release of the higher and lower priority records responsive to Plaintiff's request, DOJ cannot meet the deadlines proposed by Plaintiff. DOJ is making every effort to conclude the consultation process for both the higher priority and lower priority records sets. However, because these

records require consultation with many other Executive Branch agencies, DOJ cannot estimate how long it will take to conclude this process at this time.

## Proposal for Next JSR

8. The parties propose to file another joint status report by September 9, 2019.

Dated:   August 5, 2019

        Respectfully submitted,

        */s/ Elizabeth France*
        Elizabeth France
        D.C. Bar No. 999851
        AMERICAN OVERSIGHT
        1030 15th Street NW, B255
        Washington, DC 20005
        (202) 897-2465
        beth.france@americanoversight.org

        *Counsel for Plaintiff*


        JOSEPH H. HUNT
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        */s/ Laura Hunt*
        LAURA HUNT
        Trial Attorney
        Maryland Bar Member
        U.S. Department of Justice, Civil Division,
        Federal Programs Branch
        1100 L St. NW
        Washington, DC 20530
        (202) 616-8337 (office)
        (202) 616-8470 (fax)
        laura.a.hunt@usdoj.gov

        *Counsel for Defendant*