## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 18-2091 (TJK) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

### JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's August 6, 2019 Minute Order.

1. DOJ made an interim production of the majority of the remaining responsive, non-exempt higher priority records on September 9, 2019.  There is a sub-set of higher priority records which are undergoing a final consultation process.  DOJ will produce the rest of the responsive, non-exempt higher priority records as soon as the consultation process is complete.

2. The consultation process for the lower priority records has commenced and is ongoing.

3. The parties propose to file another joint status report by November 1, 2019.

Dated:   September 9, 2019

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura Hunt*
LAURA HUNT
Trial Attorney
Maryland Bar Member
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Counsel for Defendant*