AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Fix The Court | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    18-cv-2091 |
| U.S. Department of Justice | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fix The Court                                                                                                                      .

Date:      10/22/2019

_____
*Attorney's signature*

Hart W. Wood, DC Bar No. 1034361
*Printed name and bar number*

1030 15th Street NW
Suite B255
Washington, DC 20005
*Address*

hart.wood@americanoversight.org
*E-mail address*

(202) 873-1743
*Telephone number*

(202) 871-6523
*FAX number*