UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>        *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        *Defendant*. | Civil Action No. 18-2091 (TJK) |

**NOTICE OF WITHDRAWAL OF ATTORNEY ELIZABETH FRANCE**

Elizabeth France respectfully withdraws her appearance for Plaintiff in this matter. Plaintiff will continue to be represented by all other counsel who have entered appearances on its behalf.

Dated: October 22, 2019

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org