IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 18-2091 (TJK) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| *Defendant*. | ) ) |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Fix the Court and Defendant U.S. Department of Justice, by and through undersigned counsel, jointly move the Court for an extension of time to submit a joint status report in the matter present before the Court.

On September 9, 2019, the parties submitted a Joint Status Report indicating that records responsive to Plaintiff's FOIA request are subject to ongoing consultations. On September 10, 2019, the Court ordered the parties to submit a further Joint Status Report on November 1, 2019. Due to overlapping travel schedules of counsel for each party, the parties will not have an opportunity to meet and confer regarding the status of these consultations or the timeline on which they will be completed prior to the November 1, 2019 filing deadline. Extending the deadline by one week to November 8, 2019 will permit the parties to engage in such conferrals and to provide a more complete status update to the Court.

Dated:   October 24, 2019

Respectfully submitted,

/s/ Hart Wood
Hart W. Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/   Laura Hunt
LAURA HUNT
Trial Attorney
Maryland Bar Member
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Counsel for Defendant*