# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 18-2091 (TJK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion for an Extension of Time, it is hereby

**ORDERED** that parties' Motion is **GRANTED**, and it is further

**ORDERED** that the parties shall meet and confer and submit a further Joint Status Report not later than November 8, 2019.

**SO ORDERED.**


Dated: _____                _____
                                        TIMOTHY J. KELLY

                                        United States District Judge