# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, ) ) *Plaintiff*, ) ) v. ) U.S. DEPARTMENT OF JUSTICE, ) ) *Defendant*. ) | Case No. 18-2091 (TJK) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's November 8, 2019 Minute Order.

1. DOJ has completed the production of responsive, non-exempt higher priority records with the final production occurring on November 6, 2019.

2. The consultation process for the lower priority records is ongoing and DOJ anticipates making an interim production of responsive, non-exempt information by March 20, 2020.

3. The parties propose to file another joint status report by March 31, 2020.

Dated:   January 10, 2020

Respectfully submitted,

*/s/ Hart W. Wood*
Hart Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura Hunt*
LAURA HUNT
Trial Attorney
Maryland Bar Member
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Counsel for Defenda*