IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Case No. 1:18-cv-2091-TJK |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

Please take notice of the substitution of counsel for the United States Department of Justice ("Defendant"). I, Kuntal Cholera, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, am authorized to practice in this court and enter my appearance on behalf of Defendant. I will replace Laura Hunt, who hereby withdraws as counsel for Defendant. All future orders, briefs, and correspondence should be directed to me through the contact information identified below.

Respectfully submitted this 5 day of March 2020,

        JOSEPH H. HUNT
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        */s/ Kuntal Cholera*
        Kuntal Cholera
        Trial Attorney
        D.C. Bar Member 1031523
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L St. NW
        Washington, D.C. 20005
        (202) 305-8645
        kuntal.cholera@usdoj.gov

        *Attorney for Defendant*