# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 18-2091 (TJK) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's January 10, 2020 Minute Order.

1. DOJ has completed the production of responsive, non-exempt higher priority records with the final production occurring on November 6, 2019.

2. The consultation process for the lower priority records is ongoing. DOJ made its first interim production of such records on March 26, 2020.

3. Due to complications presented by the COVID-19 pandemic, DOJ is currently unable to provide a precise date for its next interim production but will endeavor to provide the next production as soon as practicable. The parties will confer prior to the next Joint Status Report regarding the schedule for additional releases of records.

4. The parties propose to file another joint status report by May 4, 2020, to inform the Court of the status of DOJ's processing of responsive records and set out a schedule for further proceedings.

Dated:   March 31, 2020

                    Respectfully submitted,

                    */s/ Hart W. Wood*
                    Hart Wood
                    D.C. Bar No. 1034361
                    AMERICAN OVERSIGHT
                    1030 15th Street NW, B255
                    Washington, DC 20005
                    (202) 873-1743
                    hart.wood@americanoversight.org

                    *Counsel for Plaintiff*


                    JOSEPH H. HUNT
                    Assistant Attorney General

                    ELIZABETH J. SHAPIRO
                    Deputy Branch Director

                    */s/ Kuntal Cholera*
                    Kuntal Cholera
                    Trial Attorney
                    U.S. Department of Justice, Civil Division,
                    Federal Programs Branch
                    1100 L St. NW
                    Washington, DC 20009
                    (202) 305-4359 (office)
                    kuntal.cholera@usdoj.gov

                    *Counsel for Defendant*