# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 18-2091 (TJK)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's April 1, 2020 Minute Order.

1. DOJ has completed the production of responsive, non-exempt higher priority records with the final production occurring on November 6, 2019.

2. The consultation process for the lower priority records is ongoing. DOJ made its first interim production of such records on March 26, 2020.

3. DOJ plans to make further productions on May 22, 2020 and June 26, 2020.

4. Due to complications presented by the COVID-19 pandemic, DOJ is currently unable to anticipate whether it will complete its production of records by June 26, 2020. Following the June 26, 2020 production, DOJ will inform Plaintiff of whether additional productions are forthcoming, and the parties will confer over the time-line for those productions.

5. The parties propose to file another joint status report by July 3, 2020, to inform the Court of the status of DOJ's processing of responsive records and set out a schedule for further proceedings.

Dated:   May 4, 2020

                                        Respectfully submitted,

*/s/ Hart Wood*
Hart Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kuntal Cholera*
Kuntal Cholera
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20009
(202) 305-4359 (office)
kuntal.cholera@usdoj.gov

*Counsel for Defendant*