# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )    Case No. 18-2091 (TJK) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's April 1, 2020 Minute Order.

1. DOJ has completed the production of responsive, non-exempt higher priority records with the final production occurring on November 6, 2019.

2. The consultation process for the lower priority records is ongoing. DOJ made its first interim production of such records on March 26, 2020.

3. DOJ released further interim productions on May 22, 2020 and June 26, 2020.

4. The parties propose to file another joint status report by September 3, 2020, to inform the Court of the status of DOJ's processing of responsive records and set out a schedule for further proceedings.

Dated:   July 2, 2020

Respectfully submitted,

*/s/ Hart W. Wood*
Hart Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/*
Kuntal Cholera
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20009
(202) 305-4359 (office)
kuntal.cholera@usdoj.gov

*Counsel for Defendant*