**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 18-2091 (TJK) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's September 4, 2020 Minute Order.

1. DOJ has completed the production of responsive, non-exempt higher priority records with the final production occurring on November 6, 2019.

2. DOJ made its interim productions of lower priority records on March 26, 2020, May 22, 2020, and June 26, 2020. DOJ issued its final response to Plaintiff on October 2, 2020.

3. Plaintiff is reviewing Defendant's releases, and the parties will continue to confer in good faith regarding any outstanding issues.

4. The parties propose to file another joint status report by December 7, 2020, to inform the Court of the status of the parties' conferral and set out a schedule for further proceedings.

Dated: October 7, 2020

        Respectfully submitted,

        */s/ Hart W. Wood*
        Hart Wood
        D.C. Bar No. 1034361
        AMERICAN OVERSIGHT
        1030 15th Street NW, B255
        Washington, DC 20005
        (202) 873-1743
        hart.wood@americanoversight.org

        *Counsel for Plaintiff*


        JOSEPH H. HUNT
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        */s/ Kuntal Cholera*
        Kuntal Cholera
        Trial Attorney
        U.S. Department of Justice, Civil Division,
        Federal Programs Branch
        1100 L St. NW
        Washington, DC 20009
        (202) 305-4359 (office)
        kuntal.cholera@usdoj.gov

        *Counsel for Defendant*