# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 18-2091 (TJK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's December 8, 2020 Minute Order.

1. DOJ has completed the production of responsive, non-exempt higher priority records with the final production occurring on November 6, 2019.

2. DOJ made its interim productions of lower priority records on March 26, 2020, May 22, 2020, and June 26, 2020. DOJ issued its final response to Plaintiff on October 2, 2020.

3. Plaintiff has reviewed Defendant's releases, and the parties are continuing to confer in good faith regarding any outstanding issues.

4. In particular, Plaintiff has inquired about the nature of records that Defendant has withheld in their entirety. Defendant expects to be able to answer Plaintiff's questions by February 4, 2021.

5. The parties propose to file another joint status report by March 4, 2021, to inform the Court of the status of the parties' conferral and set out a schedule for further proceedings.

Dated: January 21, 2021

Respectfully submitted,

*/s/ Hart W. Wood*
Hart Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kuntal Cholera*
Kuntal Cholera
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20009
(202) 305-4359 (office)
kuntal.cholera@usdoj.gov

*Counsel for Defendant*