IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 18-2091 (TJK) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) ) | |

## JOINT STATUS REPORT

Plaintiff Fix the Court and Defendant U.S. Department of Justice ("DOJ") respectfully submit this status report in the above-captioned matter, pursuant to the Court's January 26, 2020 Minute Order.

1. DOJ has completed the production of responsive, non-exempt higher priority records with the final production occurring on November 6, 2019.

2. DOJ made its interim productions of lower priority records on March 26, 2020, May 22, 2020, and June 26, 2020. DOJ issued its final response to Plaintiff on October 2, 2020.

3. Plaintiff has reviewed Defendant's releases, and the parties are continuing to confer in good faith regarding any outstanding issues.

4. In particular, Plaintiff has inquired about the nature of records that Defendant has withheld in their entirety. The parties are continuing to confer in good faith to resolve any questions about the nature of those records.

5. The parties propose to file another joint status report by April 15, 2021, to inform the Court of the status of the parties' conferral and set out a schedule for further proceedings.

Dated:   March 4, 2021

                Respectfully submitted,

                */s/ Hart W. Wood*
                Hart Wood
                D.C. Bar No. 1034361
                AMERICAN OVERSIGHT
                1030 15th Street NW, B255
                Washington, DC 20005
                (202) 873-1743
                hart.wood@americanoversight.org

                *Counsel for Plaintiff*

                JOSEPH H. HUNT
                Assistant Attorney General

                ELIZABETH J. SHAPIRO
                Deputy Branch Director

                */s/ Kuntal Cholera*
                Kuntal Cholera
                Trial Attorney
                U.S. Department of Justice, Civil Division,
                Federal Programs Branch
                1100 L St. NW
                Washington, DC 20009
                (202) 305-4359 (office)
                kuntal.cholera@usdoj.gov

                *Counsel for Defendant*