# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,                                )<br>                                                          )<br>            *Plaintiff*,                           )<br>                                                          )<br>v.                                                      )     Case No. 18-2091 (TJK)<br>                                                          )<br>U.S. DEPARTMENT OF JUSTICE,     )<br>                                                          )<br>            *Defendant*.                       )<br>                                                          ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Fix the Court voluntarily dismisses this action, with each party to bear its own costs and fees. Voluntary dismissal by a plaintiff without a court order is appropriate "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 30, 2021

Respectfully submitted,

*/s/ Hart W. Wood*
Hart Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
 (202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kuntal Cholera*
Kuntal Cholera
Trial Attorney
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW
Washington, DC 20009
(202) 305-4359 (office)
kuntal.cholera@usdoj.gov

*Counsel for Defendant*